UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TAMMY GIBSON,                                               :
                                                            :
                    Plaintiff,                              :          **ORDER**
                                                            :
         -against-                                          :    07 Civ. 2845 (RMB)(KNF)
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                    Defendant.                              :
------------------------------------------------------------ X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The respondent's answer in this challenge to the final decision of the Commissioner of Social Security includes the record of the administrative proceedings related to the case. However, the plaintiff's June 4, 2000 application, filed protectively with the Social Security Administration, for Supplemental Security Income benefits, referenced, inter alia, in the Commissioner's final decision, is not included in the record. On or before May 8, 2008, the respondent shall supplement the record by filing and serving the above mentioned document.

Dated: New York, New York        SO ORDERED:
       May 1, 2008

                                            _____
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE

Mailed copies to:
Herbert S. Forsmith, Esq.
Leslie A. Ramirez-Fisher, Esq.