USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

MEMO ENDORSED

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

July 30, 2008

BY HAND
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

  Re: Tammy Gibson v. Astrue
    07 CV 2845 (RMB)(KNF)

Dear Judge Berman:

  This Office represents the Commissioner of Social Security, defendant in this action. This case was recently reassigned to me. I write respectfully to request an extension of time to file defendant's objections to the Court's Report and Recommendation issued on July 15, 2008.

  Pursuant to Fed. R. Civ. P. 72(b), the Government has ten days after being served to respond to the Report and Recommendation. Unfortunately, this office has no record of when it received the Report and Recommendation. Accordingly, applying Fed. R. Civ. P. 6(d), which adds three days for service by mail, the Government is deemed served on July 18, 2008 and its objections are due by Friday, August 1, 2008. This case was recently reassigned to me and I will need additional time to review the administrative record and prepare objections to the Report and Recommendation. Therefore, I request a four-week extension of time in which to respond, to August 29, 2008. Plaintiff has kindly consented to this request.

  Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Herbert S. Forsmith, Esq.

[Handwritten endorsement:] Extension to 8/15/08 Granted. That is enough time.

SO ORDERED:
Date: 7/31/08
*Richard M. Berman*
Richard M. Berman, U.S.D.J.